IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-427 |
| DANIEL GARRAUD | : | |

### ORDER

AND NOW, this  20th  day of April, 2009, upon consideration of Defendant's Pro-Se Motion to Suppress Physical Evidence (Doc. No. 48), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge