IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07–427 |
| DANIEL GARRAUD | : | |

## ORDER

AND NOW, this  19th  day of August, 2009, upon consideration of Defendant Daniel Garraud's Motion for Judgement [sic] of Acquittal Pursuant to Rule 29 and Motion for a New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure (Doc. No. 137), and all papers submitted in support thereof and in opposition thereto, it is ORDERED that Defendant's Motions are DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.